IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ERIC PARR,                              )          CIVIL NO. 06-00019 DAE-LEK
                                        )
            Plaintiff(s),               )
                                        )
      vs.                               )
                                        )
THAI GARDEN LOUNGE, INC.,               )
                                        )
            Defendant(s).               )
_____        )

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 20,

2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States

Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted

as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 20, 2007, Honolulu, Hawaii.



 /s/ Helen Gillmor
_____

Chief United States District Judge

cc:all parties of record